UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAWN WEIG      CIVIL ACTION

VERSUS      NO. 14-341

FRANKLIN COLLECTION SERVICE, INC., ET AL      SECTION: "K"(2)

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER OF DISMISSAL

The Court having been advised by counsel for plaintiff that all of the parties to this action have firmly agreed upon a compromise and settlement of all claims,

**IT IS ORDERED** that this action is hereby dismissed with prejudice. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

New Orleans, Louisiana, this _____5th__ day of June, 2014.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE